■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEY RIDDICK, Appellant. [59 NYS3d 897]—Appeal from judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered July 7, 2015, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him to a term of 3½ years, with 5 years postrelease supervision, held in abeyance, and the matter remanded for trial court to clarify whether it intended to sentence the defendant to the minimum period of postrelease supervision allowed, 2½ years, or the 5 years stated. Concur— Tom, J.P., Richter, Manzanet-Daniels, Mazzarelli and Gische, JJ.